UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BALTAS,<br>*Plaintiff,* | : | CIVIL NO. 3:21cv469(mps) |
| v. | : | |
| Jones, et al.<br>*Defendants,* | : | January 2, 2023 |

JAN 8 2024 PM2:45
FILED-USDC-CT-NEW HAVEN

# NOTICE OF APPEAL

The Pro Se Plaintiff, Joe Baltas, hereby gives Notice of his Appeal of the Court, Michael P. Shea's December 21, 2023 Final Order Granting Defendant's Summary Judgment [ECF No. 111], And Other Rulings on this Record to be identified in the Appellant Brief.

Submitted,
The Plaintiff

[signature]

Joe Baltas, Pro Se
HSC
P.O. Box 8200
Cranston, RI 02920

CERTIFICATION

I hereby certify that on 1/2/23, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the filing through that system. If unable to access the system, this counsel will provide hard copies on request.

By the Plaintiff

Joe Baltas, Pro Se