T. Briggs 160919
HSC
P.O. Box 8200
Cranston, RI 02920

PROVIDENCE RI 028
4 JAN 2024 PM 5 L



Office of the Clerk
U.S. District Court
141 Church Street
New Haven, CT
06510

06510-207899

LEGAL MAIL